# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD E. SEELY,

    Plaintiff,

vs.

LISA WALSH, et al.,

    Defendants.

Case No. 3:13-cv-00152-RCJ-WGC

**ORDER**

    The court directed plaintiff to file an amended complaint that corrected defects in his original civil rights complaint pursuant to 42 U.S.C. § 1983. Order (#4). Plaintiff responded by voluntarily dismissing this action (#9). Plaintiff is a prisoner, and he must pay the filing fee through monthly installments. 28 U.S.C. § 1915(b)(2). The court deferred ruling upon plaintiff's application to proceed in forma pauperis (#1) while giving plaintiff the opportunity to amend the complaint. Now that the action is closed, he still must pay the filing fee.

    IT IS THEREFORE ORDERED that plaintiff's application to proceed in forma pauperis (#1) is **GRANTED**. Plaintiff shall not be required to pay an initial partial filing fee. However, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

    IT IS FURTHER ORDERED that plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed in forma pauperis shall not extend to the issuance of subpoenas at government expense.

1    IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), the Nevada
2 Department of Corrections shall pay to the Clerk of the United States District Court, District of
3 Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #83449), in the
4 months that the account exceeds $10.00, until the full $350 filing fee has been paid for this action.
5 The clerk shall send a copy of this order to the finance division of the clerk's office. The clerk shall
6 also send a copy of this order to the attention of the chief of inmate services for the Nevada
7 Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

8    Dated:    This 19th day of November, 2013.

_____
ROBERT C. JONES
Chief United States District Judge